UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

| | | | |
|---|---|---|---|
| Case No. | CV 17-03389 DDP (SKx) | Date | August 29, 2017 |
| Title | HUGO ESQUEDA -V- MILLENNIUM SHOES INC., et al | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

NO APPEARANCE                          NO APPEARANCE

Proceedings:

MINUTE ORDER (IN CHAMBERS)
ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than September 13, 2017 why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

● Answer by the defendant(s) or plaintiff's request for entry of default.

In accordance with the Federal Rules of Civil Procedure and Local Rules, no oral argument on this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|   | : | N / A |
|---|---|---|
|   | Initials of Preparer | PG |