Sung T. Kim (SBN 277052)
ADVANCED DISABILITY ADVOCATES
3010 Wilshire Blvd. #516
Los Angeles, CA 90010
Telephone: (310) 926-2519
Facsimile:  (310) 634-1258
adadvocates@gmail.com

Attorneys for Plaintiff, HUGO ESQUEDA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ESQUEDA,<br><br>                    Plaintiff,<br>         vs.<br><br>MILLENIUM SHOES, INC. d/b/a SHOE OUTLET; and DOES 1 through 10,<br><br>                    Defendants. | **Case No.: 2:17-cv-03389-DDP (SKx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Case Filed:      May 04, 2017 |

Notice is hereby given that Plaintiff Hugo Esqueda ("Plaintiff") and Defendant MILLENIUM SHOES, INC. d/b/a SHOE OUTLET have settled the above-captioned matter as to the entire case.  Plaintiff shall file the dispositional documents within thirty (30) days from the date of filing of this Notice of Settlement in order to afford the Parties time to complete the settlement.

Dated: September 11, 2017           ADVANCED DISABILITY ADVOCATES

                                    By:   /s/ Sung T. Kim_____
                                          Sung T. Kim, Esq.
                                    Attorneys for Plaintiff